# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 23-cr-0233 (MJD/DLM) |
| Plaintiff, | |
| v. | **ORDER ON REPORT AND RECOMMENDATION** |
| Detroit Davis-Riley, | |
| Defendant. | |

Before the Court is the Report and Recommendation (R&R) of United States Magistrate Judge Douglas L. Micko, dated November 14, 2023. (Dkt. 37.) No objections to the R&R have been filed. In the absence of timely objections, this Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error.

Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation dated November 15, 2023, (Dkt. 37), is **ADOPTED**;

2. Defendant Detroit Davis-Riley's Motion to Suppress Evidence (Dkt. 16), is **DENIED**.

1

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  January 8, 2024                              s/Michael J. Davis
                                                     Michael J. Davis
                                                     United States District Court